**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN, DISTRICT OF TEXAS**
**DALLAS, TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CAUSE NO. 3:19-CR-00112-K-10** |
| **RUSSELL FILIPPO** | § | |

### DEFENDANT'S MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the Defendant, RUSSELL FILIPPO, and moves for a continuance of the Sentencing and all associated deadlines, including Presentence Report Deadlines.

I.

This case is currently set for a Sentencing Hearing on March 29, 2023, at 9:30 a.m.

II.

Counsel is currently set for trial on March 27, 2023. He has been preparing for this trial and other trial settings. Counsel was in trial from January 30 to February 13, 2023 which has set his schedule significantly behind. Counsel has traveled to Fannin County, Limestone County, and Kaufman county to visit other clients with trial and plea settings along with his day to day State docket. Additionally, Counsel is set for oral argument at the Fifth Circuit on April 4, 2023 which he needs time to prepare. Defense counsel is still working on PSR objections and other sentencing matters. Therefore, a continuance of at least 30 days is requested.

III.

Undersigned counsel has conferred with the Assistant United States Attorney, and the government does oppose this motion.

Based on the foregoing, Defendant requests that the Court grant a continuance of the Sentencing Hearing in this case.

Respectfully submitted,

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS
Bar Card No. 24039975
jjm@udashenanton.com

UDASHEN | ANTON
8150 N. Central Expressway
Suite M1101
Dallas, Texas 75206
214-468-8100
214-468-8104 fax

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

A copy of this motion was electronically delivered to Christopher Fenton, Assistant United States Attorneys on this 17th day of March 2023.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS

## **CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that he has spoken to Christopher Fenton, Assistant United States Attorneys and they do oppose this motion.

/s/ J. Joseph Mongaras
J. JOSEPH MONGARAS